


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 19, 2025

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | Case No.: | 24-44555-MXM-11 |
|---|---|---|
| Sichem, Inc.<br>87-4610561<br>1602 East Main Street<br>Waxahachie, TX 75165<br>Debtor. | Chapter: | 11 |

## ORDER APPROVING THE EMPLOYMENT OF
## DEMARCO·MITCHELL, PLLC, AS COUNSEL FOR THE DEBTOR

Came on to be heard before the Court, *Debtor's Application for Order Authorizing Employment of DeMarco·Mitchell, PLLC as Counsel for the Debtor [11 U.S.C. § 327(a) and Federal Rule 2014(a)]* ("**Application**"). Upon consideration of the Application, and upon the record thereon, the Court finds: (1) this Court has jurisdiction pursuant to 28 U.S.C. §1334 and that this matter is a core proceeding as defined in 28 U.S.C. §157(b); (2) notice of the Motion was proper and adequate, and that no other or further notice is necessary; (3) the relief requested in the Motion is in the best interest of the Debtor, the bankruptcy estate and all interested parties; and (4) DeMarco·Mitchell, PLLC, is a disinterested person as that term is defined in section 101(14) of

the Bankruptcy Code and holds no interest adverse to the Estate. After due deliberation thereon and there being good and sufficient cause it is

**HEREBY ORDERED THAT:**

1. The Application is granted as set forth herein.

2. The Debtor is authorized to employ DeMarco·Mitchell, PLLC, ("**DM**") as bankruptcy counsel pursuant to 11 U.S.C. §327(a), with all fees payable subject to interim and/or final application to and approval of this Court.

3. The Debtor is authorized to fund the postpetition retainer pursuant to the terms and conditions set forth in the Application.

4. The Firm shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

5. The Firm's employment as authorized in this Order shall be effective from the Petition Date (**December 9, 2024**) and shall continue until further Court order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

### ### END OF ORDER ###

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**          972-578-1400
**F**          972-346-6791
*Proposed* **Counsel for Debtor and Debtor in Possession**

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 24-44555-mxm

Sichem, Inc. Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: pdf012 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sichem, Inc., 1602 East Main Street, Waxahachie, TX 75165-4425 |
| aty | + | Benjamin L. Nabors, K&L Gates, LLP, 1717 Main Street, Ste. 2800, Dallas, TX 75201-7342 |
| cr | + | CR Midway Investments, L.P., Stromberg Stock, PLLC, 8350 N. Central Expressway, Suite 1225, Dallas, TX 75206 UNITED STATES 75206-1600 |
| cr | + | Ellis County, Linebarger Goggan Blair & Sampson, LLP, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800 Dallas, TX 75219-3906 |
| cr | + | Gainesville ISD, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Feb 19 2025 23:01:46 | Texas Comptroller of Public Accounts, Revenue Acco, Courtney Hull, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Courtney Jane Hull
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

John Kendrick Turner
    on behalf of Creditor Gainesville ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Ellis County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

Katharine Battiaia Clark
    kclark@thompsoncoburn.com
    KClark@ecf.axosfs.com;ldebardeleben@thompsoncoburn.com;smeiners@thompsoncoburn.com;lbrasher@thompsoncoburn.com;hfischer@thompsoncoburn.com

Mark Stromberg
    on behalf of Creditor CR Midway Investments L.P. mark@strombergstock.com, deanna@strombergstock.com;admin@strombergstock.com

Robert Thomas DeMarco
    on behalf of Debtor Sichem Inc. robert@demarcomitchell.com, barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Victoria Forson
    on behalf of Creditor Berkshire Bank victoria.forson@klgates.com Janet.Munoz@klgates.com;allison.stowe@klgates.com;ben.nabors@klgates.com

Vienna Flores Anaya
    on behalf of Creditor SM Ventures Gainesville LLC vanaya@jw.com vflores@ecf.courtdrive.com;kgradney@jw.com;osalvatierra@jw.com

TOTAL: 9