


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 6, 2025**

_____
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SICHEM, INC., | § | CASE NO. 24-44555-MXM-11 |
| | § | |
| Debtor. | § | Hearing: Oct. 1, 2025 at 1:30 p.m. |
| | § | |

### ORDER DENYING MOTION RELIEF FROM THE AUTOMATIC STAY
### AND FOR ORDER WAIVING FRBP 4001(a)(3)

Came on for hearing the Motion for Relief from the Automatic Stay and for an Order Waiving FRBP Rule 4001(a)(3) ("the Motion") filed by **CR Midway Investments, L. P.**, predecessor to **Urban Country Elm Creek Holdings, LLC** (collectively referred to hereafter as the "Landlord") on February 13, 2025 at Dkt. No. 44 (the "Motion") in the case of **SICHEM, INC.** (the "Debtor"). Based on confirmation of the Debtor's plan of reorganization, the Court denies the Motion as moot. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Motion is denied as moot.

###END OF ORDER###

1

*/s/ Mark Stromberg*
Mark Stromberg, TX Bar No. 19408830
STROMBERG STOCK, PLLC
The Gild North, Campbell Centre I
8350 North Central Expressway, Suite 1225
Dallas, TX 75206
Telephone: (972) 458-5353
Facsimile: (972) 770-2156
Email: Mark@strombergstock.com